# EXHIBIT 1

US00D971348S

(12) **United States Design Patent**
**Feng**

(10) **Patent No.:** **US D971,348 S**
(45) **Date of Patent:** ** **Nov. 29, 2022**

(54) **MASK**

(71) Applicant: **SHENZHEN SHINING BRIGHT TECHNOLOGY CO., LTD**, Shenzhen (CN)

(72) Inventor: **Guofeng Feng**, Shenzhen (CN)

(73) Assignee: **SHENZHEN SHINING BRIGHT TECHNOLOGY CO., LTD**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/763,962**

(22) Filed: **Dec. 28, 2020**

(30) **Foreign Application Priority Data**

Sep. 2, 2020 (CN) ......................... 202030514004.8

(51) **LOC (13) Cl.** ............................................... **21-03**

(52) **U.S. Cl.**
USPC ........................................................ **D21/660**

(58) **Field of Classification Search**
USPC ............... D21/659, 660, 661; D29/108, 105, D29/25.35; D24/110.1, 110.2; D16/301; D54/80.2
CPC ........... A41D 13/11; A62B 33/00; A42B 5/00; A42B 3/20; A42B 3/22; A42B 3/225; A42B 3/18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D578,208 S * 10/2008 Abel ......................... D24/110.4
D849,932 S * 5/2019 Caprice ..................... D24/110.2
D869,639 S * 12/2019 Liao .......................... D24/110.2
D873,991 S * 1/2020 Chen ......................... D24/110.2
D875,923 S * 2/2020 Cai ........................... D24/110.2
10,556,654 B2 * 2/2020 Cucchia .................. B63C 11/16
D953,519 S * 5/2022 Um ........................... D24/110.2
D953,698 S * 6/2022 Zhou ............................ D21/660
2022/0113922 A1 * 4/2022 Feng ........................ G09G 3/32
2022/0134142 A1 * 5/2022 Gerrard .................. A62B 17/04
128/863

FOREIGN PATENT DOCUMENTS

CN 307049835 * 9/2021
GB 6125259 * 3/2021

OTHER PUBLICATIONS

MEGOO Led Mask With Bluetooth Shining Mask Programmable,light up face mask Adult for halloween Party Cosplay Masquerade, www.amazon.com. Web. Aug. 5, 2022, Shown in p. 1, ASIN B0B8RLZX35 (Year: 2022).*

(Continued)

*Primary Examiner* — Gino Colan
*Assistant Examiner* — Gregory G McLemore

(57) **CLAIM**

The ornamental design for a mask, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mask showing my new design;
FIG. **2** is another perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.
The broken lines in the drawings depict portions of the mask that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

Face Transforming LED Mask—Electronic Changing Facial Cover with Bluetooth App, Programmable & Customizable Lighting Effect for Costume, Rave, Birthday Party, Music Festival, Halloween Costume, www.amazon.com. Web. Oct. 21, 2021, Shown on p. 1, ASIN B09JYPXCHD. (Year: 2021).*

Prolee LED Mask Rechargeable Full Face with Bluetooth, App Controlled with Over 100 Pictures and Customizable Pictures and Moving Text For Cosplay and Party, www.amazon.com. Web. Apr. 26, 2021, Shown on p. 2, ASIN B093GVDM1K. (Year: 2021).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7



FIG. 8